MINUTE ENTRY
BARBIER, J.
JANUARY 5, 2011
JS-10: 30 min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLY YELTON, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 09-3144 |
| PHI, INC, ET AL | SECTION: J |

| | |
|---|---|
| COURTROOM DEPUTY: | COURT REPORTER: |
| EILEEN STENSRUD | CATHY PEPPER |

### WEDNESDAY, JANUARY 5, 2011 AT 10 A.M.
### JUDGE CARL J. BARBIER PRESIDING

### STATUS CONFERENCE (#426)

Court begins at 10:20 a.m.
Case called.
All present and ready.
A suggested protocol for preservation and testing of aircraft records will be filed
by the defendants by JANUARY 20, 2011.
The plaintiffs will file a response one week thereafter.
AAI's motion to continue the trial (Doc #411): ORDERED GRANTED.
Trial is ORDERED continued to OCTOBER 31, 2011 at 8:30 a.m.  The jury will be
selected that date, with testimony to begin on NOVEMBER 2, 2011 at 8:30 a.m.
A final pre-trial conference will be held on OCTOBER 6, 2011 at 2 p.m.
The Court will issue a scheduling order with new dates and deadlines.
Sikorsky Aircraft's motion to dismiss the complaints of the Barbara Boudreaux
and Allen Boudreaux, Sr. with prejudice (Doc #'s 418 & 419): Argued; ORDERED
DENIED.
Barbara Boudreaux (C.A. 09-4182) and Allen Boudreaux Sr.'s (C.A. 10-8) motion to
dismiss their complaints without prejudice (Doc #432): ORDERED GRANTED.
A settlement conference will be set before the District Judge by separate order.
Court adjourns at 10:50 a.m.

ATTORNEYS: See attached list